| | |
|---|---|
| 1 | BENJAMIN WAGNER CSBN 163581 |
| | United States Attorney |
| 2 | DONNA L. CALVERT SBN IL 619786 |
| | Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | ELIZABETH BARRY CSBN 203314 |
| 4 | Special Assistant United States Attorney |

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8972
Facsimile: (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| GLORIA SANDOVAL, | ) |
| Plaintiff, | ) Case No.  CIV-1:12-cv-00235-SKO |
| v. | ) **STIPULATION AND ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE HIS OPPOSITION OR OTHERWISE RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have 60-day extension, or until February 8, 2013, in which to file his Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

This is Defendant's first request for an extension of time in this matter. This request is made due to a reassignment of work in the office of the undersigned counsel of record for the Defendant and is not intended to cause intentional delay.

Respectfully submitted,

Dated: December 10, 2012       */s/ Andrew Thomas Koenig*
                               (as authorized via e-mail)
                               ANDREW THOMAS KOENIG
                               Attorney for Plaintiff

| | |
|---|---|
| | BENJAMIN WAGNER<br>United States Attorney |
| Dated: December 10, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

IT IS SO ORDERED.

**Dated:    December 11, 2012**              /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE