1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA SANDOVAL, | Case No.  1:12-cv-00235-SKO |
| Plaintiff, | **ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | (Docket No. 23) |
| _____/ | |

On November 25, 2013, the parties submitted a Stipulation for Award of Attorney's Fees and Costs ("Stipulation") pursuant to the Equal Access to Justice Act ("EAJA").  (Doc. 23.)  Based upon the parties' Stipulation, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of FIVE THOUSAND SIX HUNDRED DOLLARS and NO CENTS ($5,600.00) as authorized by 28 U.S.C. § 2412(d), and court costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS ($350.00) pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **November 26, 2013**                    **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE